UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, *ex rel.*
PPP ELIGIBILITY EXPERTS LLC,

                            FILED UNDER SEAL
         Plaintiffs,                  Civil Action No. 25-cv-213

    v.

NSH SOUTH MILWAUKEE LLC, *et al.*,

         Defendants.

---

### United States of America's Notice of Election to Decline to Intervene

---

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America, by its undersigned attorney, notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States thus requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States and requests that all orders issued by the Court be sent to the Government's counsel.  The United States further reserves its rights: to order any deposition transcripts; to intervene in this action, for good cause, at a later date; and to seek the dismissal of the relator's action or claim.  31 U.S.C. § 3730(c)(3).  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated this 29th day of April, 2026.

By:    /s/ Michael A. Carter

MICHAEL A. CARTER
Assistant United States Attorney
Eastern District of Wisconsin
State Bar No. 1090041
517 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 297-4101
Fax:  (414) 297-4394
Michael.A.Carter@usdoj.gov